Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Plaintiffs Maria Velarde-Crist
and Michael Crist

Kathleen M. Hartman, SBN 219934
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, California 92614
Telephone: (949) 261-2872
Facsimile: (949) 261-6060
E-Mail: khartman@ctsclaw.com

Attorneys for Defendant Dr. Nicolas Retana

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| MARIA VELARDE-CRIST; and MICHAEL CRIST,<br><br>Plaintiffs,<br><br>v.<br><br>EZEQUIEL TAFOYA ALVARADO ACADEMY; DR. NICOLAS RETANA; RUBI BERNAL; and DOES 1-20,<br><br>Defendants. | Case No.: 1:20-cv-01306-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE FILING DEADLINES AND HEARING RELATED TO DEENDANT DR. NICOLAS RETANA'S MOTION FOR SUMMARY JUDGMENT**<br><br>Motion Hearing: September 12, 2022<br>Action Filed:      September 13, 2020<br>Trial Date:         August 29, 2023 |

SUBJECT TO THE APPROVAL OF THE COURT, the parties hereby stipulate to the following:

1    WHEREAS, Plaintiffs' head counsel of record is currently in trial on a federal murder case with multiple defendants, Eastern District of California Case No. 1:18-cr-00002-JLT-SKO. This trial began on May 30, 2022, and was originally anticipated to take approximately eight weeks. However, since its commencement, this trial has been stalled and delayed over several weeks, due to a number of the parties contracting Covid-19 at different times throughout the trial, including multiple members of the jury. As a result, this trial is now expected to last through the end of August at the earliest.

   WHEREAS, the current deadline for Plaintiffs to file their opposition to defendant Dr. Nicolas Retana's motion for summary judgment is August 12, 2022, and the hearing for defendant's motion is currently scheduled for September 12, 2022. Plaintiff's counsel anticipates being in the aforementioned trial through all filing deadlines.

   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the respective attorneys of record for Plaintiffs and defendant Dr. Nicolas Retana, subject to the approval of the Court, as follows:

   1.    Plaintiffs' deadline to file their opposition to defendant Dr. Nicolas Retana's motion for summary judgment filed on July 29, 2022, shall be extended to September 9, 2022;

   2.    Defendant Dr. Nicolas Retana's deadline to file his reply to Plaintiffs' opposition shall be extended to September 19, 2022; and

   3.    The hearing on defendant Dr. Nicolas Retana's motion for summary judgment currently scheduled for September 12, 2022, shall be continued to October 24, 2022, or a date as soon thereafter as the Court is available.

//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: August 10, 2022 | LAW OFFICE OF KEVIN G. LITTLE |

*[signature: KGLittle]*

Kevin G. Little
Attorneys for Plaintiffs Maria Velarde-Crist,
and Michael Crist

Dated:  CALLAHAN, THOMPSON, SHERMAN,
& CAUDILL, LLP

  */s/ Kathleen M. Hartman*
Kathleen M. Hartman
Attorneys for Defendant Dr. Nicolas Retana

STIPULATION AND ORDER TO CONTINUE FILING DEADLINES AND HEARING RELATED TO
DEENDANT DR. NICOLAS RETANA'S MOTION FOR SUMMARY JUDGMENT     3

**[PROPOSED] FINDINGS AND ORDER**

The parties having so stipulated, and good cause appearing therefor, the Court orders as follows:

1. Plaintiffs' deadline to file their opposition to defendant Dr. Nicolas Retana's motion for summary judgment filed on July 29, 2022, shall be extended to September 9, 2022;

2. Defendant Dr. Nicolas Retana's deadline to file his reply to Plaintiffs' opposition shall be extended to September 19, 2022; and

3. The hearing on defendant Dr. Nicolas Retana's motion for summary judgment currently scheduled for September 12, 2022, shall be continued to October 24, 2022.

IT IS SO ORDERED.

Dated: August 10, 2022

SENIOR DISTRICT JUDGE