1  Kevin G. Little, SBN 149818
   Michelle L. Tostenrude, SBN 290121
2  **LAW OFFICE OF KEVIN G. LITTLE**
   Post Office Box 8656
3  Fresno, California 93747
   Telephone: (559) 342-5800
4  Facsimile: (559) 242-2400
   E-Mail: kevin@kevinlittle.com
5
   Attorneys for Plaintiffs Maria Velarde-Crist
6  and Michael Crist

7  Kathleen M. Hartman, SBN 219934
   **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
8  2601 Main Street, Suite 800
   Irvine, California 92614
9  Telephone: (949) 261-2872
   Facsimile: (949) 261-6060
10 E-Mail: khartman@ctsclaw.com

11 Attorneys for Defendant Dr. Nicolas Retana

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| MARIA VELARDE-CRIST; and MICHAEL CRIST,<br><br>          Plaintiffs,<br><br>     v.<br><br>EZEQUIEL TAFOYA ALVARADO ACADEMY; DR. NICOLAS RETANA; RUBI BERNAL; and DOES 1-20,<br><br>          Defendants. | Case No.: 1:20-cv-01306-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE FILING DEADLINES AND HEARING RELATED TO DEENDANT DR. NICOLAS RETANA'S MOTION FOR SUMMARY JUDGMENT**<br><br>Motion Hearing: October 24, 2022<br>Action Filed:   September 13, 2020<br>Trial Date:      August 29, 2023 |

SUBJECT TO THE APPROVAL OF THE COURT, the parties hereby stipulate to the following:

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DEADLINES AND HEARING
RELATED TO DEENDANT DR. NICOLAS RETANA'S MOTION FOR SUMMARY JUDGMENT      1

1      WHEREAS, Plaintiffs' head counsel of record is still in an ongoing trial on a federal
2 murder case with multiple defendants, Eastern District of California Case No. 1:18-cr-00002-
3 JLT-SKO. This trial began on May 30, 2022, and was originally anticipated to take
4 approximately eight weeks. However, since its commencement, this trial has been stalled and
5 delayed over several weeks, due to a number of the parties contracting Covid-19 at different
6 times throughout the trial, including multiple members of the jury. As a result, this trial is now
7 expected to last through the middle of September at the earliest.

8      WHEREAS, the current deadline for Plaintiffs to file their opposition to defendant Dr.
9 Nicolas Retana's motion for summary judgment is September 9, 2022, and the hearing for
10 defendant's motion is currently scheduled for October 24, 2022. Plaintiff's counsel anticipates
11 being in the aforementioned trial through all of the filing deadlines associated with this motion as
12 they are currently calendared.

13      WHEREAS, the parties have agreed to mediate this matter to see if a mutually-agreeable
14 resolution can be achieved. The mediation is currently scheduled for September 16, 2022. Should
15 the parties be able to resolve this action at the mediation, defendant Dr. Nicolas Retana's motion
16 and all associated deadlines will become moot.

17      THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
18 respective attorneys of record for Plaintiffs and defendant Dr. Nicolas Retana, subject to the
19 approval of the Court, as follows:

20      1.     Plaintiffs' deadline to file their opposition to defendant Dr. Nicolas Retana's
21 motion for summary judgment filed on July 29, 2022, shall be extended to September 20, 2022;

22      2.     Defendant Dr. Nicolas Retana's deadline to file his reply to Plaintiffs' opposition
23 shall be extended to September 27, 2022; and

24      3.     The hearing on defendant Dr. Nicolas Retana's motion for summary judgment
25 will remain on October 24, 2022, or shall be continued to November 7, 2022, or a date as soon
26 thereafter as the Court is available.

27 //

28



| | |
|---|---|
| Dated: September 8, 2022 | LAW OFFICE OF KEVIN G. LITTLE |
| | |
| | _/s/ Kevin G. Little_ <br> Kevin G. Little <br> Attorneys for Plaintiffs Maria Velarde-Crist, and Michael Crist |
| | |
| Dated: September 8, 2022 | CALLAHAN, THOMPSON, SHERMAN, & CAUDILL, LLP |
| | |
| | _/s/ Kathleen M. Hartman_ <br> Kathleen M. Hartman <br> Attorneys for Defendant Dr. Nicolas Retana |

**FINDINGS AND ORDER**

The parties having so stipulated, and good cause appearing therefor, the Court orders as follows:

1. Plaintiffs' deadline to file their opposition to defendant Dr. Nicolas Retana's motion for summary judgment filed on July 29, 2022, shall be extended to September 20, 2022;

2. Defendant Dr. Nicolas Retana's deadline to file his reply to Plaintiffs' opposition shall be extended to September 27, 2022; and

3. The hearing on defendant Dr. Nicolas Retana's motion for summary judgment shall remain scheduled for October 24, 2022.

IT IS SO ORDERED.

Dated: September 9, 2022

SENIOR DISTRICT JUDGE